# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

**JIM DAYBERRY**  **PLAINTIFF**
**ADC #653942**

v.   Case No: 4:23-cv-01034-JM-PSH

**BRANDON LONG,** *et al.*   **DEFENDANTS**

## ORDER

Before the Court is a Joint Motion to Dismiss Due to Settlement (Doc. No. 49). Pursuant to the parties' stipulation, plaintiff's claims are hereby dismissed with prejudice and all pending motions are denied as moot.

IT IS SO ORDERED this 13th day of May, 2025.

_____
UNITED STATES DISTRICT JUDGE