IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**JIM DAYBERRY**  **PLAINTIFF**
**ADC #653942**

v.   Case No: 4:23-cv-01034-JM

**BRANDON LONG,** *et al.*   **DEFENDANTS**

## JUDGMENT

Pursuant to the order filed this date, judgment is entered dismissing this case with prejudice.

DATED this 13th day of May, 2025.

_____
UNITED STATES DISTRICT JUDGE